United States District Court
Southern District of Texas
**ENTERED**
March 11, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| DARLYNG PEREA-BERRIO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CASE NO. 4:26-cv-1568 |
| RANDY TATE, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Pending before the Court is Federal Respondents' motion for leave to file an out of time response to the habeas petition. Having considered the motion, the Court finds as follows:

Respondents' motion for leave (Dkt. 5) is GRANTED.

It is ORDERED that Federal Respondents shall file a response to the habeas petition by March 11, 2026.

SIGNED on this <u>11th</u> day of March, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE